# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2024 CW 0051

**JUNE 3, 2024**

---

In Re:   Advanced Environmental Consulting, Inc., applying for
         rehearing, 19th Judicial District Court, Parish of
         East Baton Rouge, No. 676874.

---

**BEFORE:   HESTER, MILLER, AND GREENE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**CHH**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT